No. 4. THE UNITED STATES, APPELLANT, *v.* THE MOUNTAIN COPPER COMPANY, LIMITED. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. November 9, 1908. Dismissed per stipulation, on motion of *Mr. Solicitor General Hoyt* for the appellant. *The Attorney General, The Solicitor General,* and *Mr. Ligon Johnson* for appellant. *Mr. W. S. Goodfellow* and *Mr. Charles P. Eells* for appellee.

No. 618. JOSE MARIA UBARRI E YRAMATEGUI, APPELLANT, *v.* PABLO UBARRI E YRAMATEGUI ET AL. Appeal from the District Court of the United States for Porto Rico. November 16, 1908. Docketed and dismissed with costs, on motion of *Mr. John Maynard Harlan* for the appellees. *Mr. John Maynard Harlan* for appellees. No one opposing.

No. 619. ANGELO SCHNEIDER, PLAINTIFF IN ERROR, *v.* AMERICAN BRIDGE COMPANY OF NEW YORK. In error to the Court of Appeals of the District of Columbia. November 16, 1908. Docketed and dismissed with costs, on motion of *Mr. Reginald S. Huidekoper* for the defendant in error. *Mr. Reginald S. Huidekoper* for defendant in error. No one opposing.

No. 46. SHERIDAN KIRK CONTRACT COMPANY, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the District Court of the United States for the Southern District of Ohio. December 3, 1908. Dismissed pursuant to the tenth rule. *Mr. D. T. Watson* for plaintiff in error. *The Attorney General* for defendant in error.